1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    LIZBETH COLON,                          1:13-cv-02080-SKO (PC)

12              Plaintiff,                     ORDER TO SUBMIT APPLICATION
                                               TO PROCEED IN FORMA PAUPERIS
13         v.                                  OR PAY FILING FEE WITHIN 45 DAYS

14    DR. CATHERINE JONES, et al.,

15              Defendants.

16

17         Plaintiff filed this action on December 23, 2013, but she did not pay the $400.00 filing fee

18    or file an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it

19    is HEREBY ORDERED that:

20         Within **forty-five (45) days** from the date of service of this order, plaintiff shall submit

21    the attached application to proceed in forma pauperis, completed and signed, or in the alternative,

22    pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

23    **showing of good cause and failure to comply with this order will result in dismissal of this**

24    **action.**
      IT IS SO ORDERED.

25

26    Dated:   __January 6, 2014__              _____ /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE
27

28
                                                1