1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10   LIZBETH E. COLON,                          Case No. 1:13-cv-02080-SKO (PC)

11            Plaintiff,                         ORDER DIRECTING CLERK OF COURT
                                                TO CLOSE THIS CASE AS DUPLICATIVE
12       v.                                     OF CASE NUMBER 1:13-CV-02109-DLB
                                                (PC)
13   DR. CATHERINE JONES, et al.,

14            Defendants.
     _____/
15

16          Plaintiff Lizbeth E. Colon, a state prisoner proceeding pro se and in forma pauperis, filed

17   this civil rights action pursuant to 42 U.S.C. § 1983 on December 23, 2013.  A second, duplicative

18   case was opened the same day.  In as much as Plaintiff's complaint in case number 1:13-cv-

19   02109-DLB (PC), *Mitchell v. Jones, et al.*, was screened and dismissed with leave to amend on

20   April 28, 2014, this action shall be closed and Plaintiff shall proceed on her Eighth Amendment

21   medical care claims against Defendants Jones, Arain, Romero, Mitchell, and Virk in case number

22   1:13-cv-02109-DLB (PC).[1]

23          Accordingly, the Clerk of the Court is DIRECTED to close this duplicative case.
     IT IS SO ORDERED.
24

25   Dated:   __**May 14, 2014**__            _____**/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE
26

27
     _____
28   [1] On May 14, 2014, Plaintiff filed a motion seeking an extension of time to amend in compliance with the screening
     order.